UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 08 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NORTHWESTERN BAND OF THE SHOSHONE NATION, a federally recognized Indian tribe on its own behalf and as parens patriae on behalf of its members,<br><br>       Plaintiff - Appellant,<br><br> v.<br><br>GREG WOOTEN, Department of Fish and Game Enforcement Bureau Chief; et al.,<br><br>       Defendants - Appellees,<br><br> and<br><br>BRAD LITTLE, Governor,<br><br>       Defendant. | No. 22-35140<br><br>D.C. No. 4:21-cv-00252-DCN<br>U.S. District Court for Idaho, Pocatello<br><br>**MANDATE** |

The judgment of this Court, entered October 17, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                              FOR THE COURT:

                                              MOLLY C. DWYER
                                              CLERK OF COURT